Fill in this information to identify the case:

Debtor name Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) 24-11131

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2024

X [signature]
Signature of individual signing on behalf of debtor

Edoardo Archetti
Printed name

Acting Chief Operating Officer
Position or relationship to debtor



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) 24-11131

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 0.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 0.00 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 36,965.04 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ 0.00 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 36,965.04 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) 24-11131

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 508,030.98 | - | 0.00 | = .... | $508,030.98 |

12. **Total of Part 3.** $508,030.98

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (If known) 24-11131
Name

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co.
Name

Case number *(If known)* 24-11131

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $508,030.98 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $508,030.98 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $508,030.98 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Common Management Co - Accounts Receivable

| ID | General Description | Item | Current Value (USD) | Uncollectable Amount (USD) | Entity Name |
|---|---|---|---|---|---|
| 11 | 90 days old or less | Landlord Receiva | $57,192.95 | | APARTMENTS ON PILL HILL LLC |
| 11 | Over 90 days old | Landlord Receiva | $33,831.67 | | APARTMENTS ON PILL HILL LLC |
| 11 | 90 days old or less | Landlord Receiva | $25,454.11 | | HBO WEBSTER STREET LLC & STARCITY MANAGEMENT I |
| 11 | 90 days old or less | Landlord Receiva | $24,899.33 | | FOUNTAIN WESTERN LP |
| 11 | 90 days old or less | Landlord Receiva | $23,014.50 | | 726 WILTON LLC |
| 11 | 90 days old or less | Landlord Receiva | $16,364.10 | | LEXINGTON CONCORD LP |
| 11 | 90 days old or less | Landlord Receiva | $15,790.54 | | 4971 CENTINELA AVE, LLC |
| 11 | 90 days old or less | Landlord Receiva | $15,209.61 | | NDO GROUP LLC |
| 11 | 90 days old or less | Landlord Receiva | $14,764.65 | | COM HOWARD I LLC |
| 11 | 90 days old or less | Landlord Receiva | $14,073.46 | | 12602 MATTESON LLC |
| 11 | 90 days old or less | Landlord Receiva | $10,297.07 | | VM MEADOWS APARTMENTS LP |
| 11 | 90 days old or less | Landlord Receiva | $10,246.45 | | BORADWAY 4045 LLC & FANNIE MAE |
| 11 | 90 days old or less | Landlord Receiva | $5,627.02 | | FFF 19 COTTAGE AVENUE, LLC |
| 11 | Over 90 days old | Tenant Receivabl | $40,920.00 | | Phanh, Owen |
| 11 | Over 90 days old | Tenant Receivabl | $38,603.28 | | Mullins, Jack |
| 11 | Over 90 days old | Tenant Receivabl | $38,294.70 | | Baker, Jennifer |
| 11 | Over 90 days old | Tenant Receivabl | $28,225.45 | | Joseph, Neal |
| 11 | Over 90 days old | Tenant Receivabl | $22,838.13 | | Mitchell, Thomas |
| 11 | Over 90 days old | Tenant Receivabl | $16,461.30 | | Milligan, Anthony |
| 11 | Over 90 days old | Tenant Receivabl | $9,555.08 | | Kieran Nicholas-Fernandez |
| 11 | 90 days old or less | Tenant Receivabl | $7,640.14 | | Dem Katende |
| 11 | Over 90 days old | Tenant Receivabl | $4,699.84 | | Jonah Howells |
| 11 | 90 days old or less | Tenant Receivabl | $4,206.00 | | Mitchell, Thomas |
| 11 | 90 days old or less | Tenant Receivabl | $4,185.00 | | Phanh, Owen |
| 11 | 90 days old or less | Tenant Receivabl | $4,113.00 | | Baker, Jennifer |
| 11 | Over 90 days old | Tenant Receivabl | $4,003.24 | | Marsha Wainwright |
| 11 | 90 days old or less | Tenant Receivabl | $3,222.60 | | Kieran Nicholas-Fernandez |
| 11 | 90 days old or less | Tenant Receivabl | $3,128.22 | | Marsha Wainwright |
| 11 | Over 90 days old | Tenant Receivabl | $2,870.00 | | Ashley, Remunda Doniece |
| 11 | Over 90 days old | Tenant Receivabl | $1,923.67 | | Ezeigbo, Obinna |
| 11 | Over 90 days old | Tenant Receivabl | $1,411.01 | | Vasooda Kumar |
| 11 | Over 90 days old | Tenant Receivabl | $1,400.00 | | Williams-Atkins, LaTonya |
| 11 | 90 days old or less | Tenant Receivabl | $1,369.86 | | Marc Garcia |
| 11 | Over 90 days old | Tenant Receivabl | $1,045.00 | | Wright JR, Henry |
| 11 | Over 90 days old | Tenant Receivabl | $300.00 | | Aiza Zafeer |
| 11 | Over 90 days old | Tenant Receivabl | $300.00 | | Sigdel, Suman |
| 11 | Over 90 days old | Tenant Receivabl | $300.00 | | Strong, Marshall |
| 11 | 90 days old or less | Tenant Receivabl | $200.00 | | Solis, Samuel |
| 11 | 90 days old or less | Tenant Receivabl | $50.00 | | Sneed Jr, George |

| Common Entity that line item refers to | Comments |
|---|---|
| COMMON MANAGEMENT CO., | OAK.Amelia |
| COMMON MANAGEMENT CO., | OAK.Amelia |
| COMMON LIVING INC & COMMON MANAGEMENT ( | OAK.Webster |
| COMMON MANAGEMENT CO. | LAX.Fountain |
| COMMON MANAGEMENT CO. | LAX.Wilton |
| COMMON MANAGEMENT CO. | LAX.Paramount |
| COMMON MANAGEMENT CO. | LAX.Centinela |
| COMMON MANAGEMENT CO. | OAK.TheBrooklyn |
| COMMON MANAGEMENT CO., | SFO.BEI |
| COMMON MANAGEMENT CO. | LAX.Matteson |
| COMMON MANAGEMENT CO. | OAK.Jefferson |
| COMMON MANAGEMENT CO. | OAK.Maya |
| COMMON MANAGEMENT CO., | OAK.Cottage |
| COMMON MANAGEMENT CO | MacArthur-Suite 5-Harrison |
| COMMON MANAGEMENT CO | MacArthur-Suite 2-Castro |
| COMMON MANAGEMENT CO | MacArthur-Suite 1-Bruce |
| COMMON MANAGEMENT CO | MacArthur-Suite 3-Essex |
| COMMON MANAGEMENT CO | MacArthur-Suite 10-Salem |
| COMMON MANAGEMENT CO | MacArthur-Suite 10-Sherwin |
| COMMON MANAGEMENT CO | MacArthur-Suite 2-Doyle |
| COMMON MANAGEMENT CO | MacArthur-Suite 7-Hubbard |
| COMMON MANAGEMENT CO | MacArthur-Suite 4-Hamilton |
| COMMON MANAGEMENT CO | MacArthur-Suite 10-Salem |
| COMMON MANAGEMENT CO | MacArthur-Suite 5-Harrison |
| COMMON MANAGEMENT CO | MacArthur-Suite 1-Bruce |
| COMMON MANAGEMENT CO | MacArthur-Suite 11-Summit |
| COMMON MANAGEMENT CO | MacArthur-Suite 2-Doyle |
| COMMON MANAGEMENT CO | MacArthur-Suite 11-Summit |
| COMMON MANAGEMENT CO | MacArthur-Suite 7-King |
| COMMON MANAGEMENT CO | MacArthur-Suite 11-Victory |
| COMMON MANAGEMENT CO | MacArthur-Suite 5-Hannah |
| COMMON MANAGEMENT CO | MacArthur-Suite 2-Crescent |
| COMMON MANAGEMENT CO | MacArthur-Suite 2-Crescent |
| COMMON MANAGEMENT CO | MacArthur-Suite 5-Hannah |
| COMMON MANAGEMENT CO | MacArthur-Suite 10-Ruby |
| COMMON MANAGEMENT CO | MacArthur-Suite 6-Helen |
| COMMON MANAGEMENT CO | MacArthur-Suite 9-Prince |
| COMMON MANAGEMENT CO | MacArthur-Suite 3-Essex |
| COMMON MANAGEMENT CO | MacArthur-Suite 2-Castro |

**Fill in this information to identify the case:**

Debtor name Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) 24-11131

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 24-11131

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Abdallah Diouf<br>873 32nd Street<br>Emeryville, CA 94608<br><br>Date or dates debt was incurred<br>July 29, 2023<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>security deposit<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,275.00 | $1,275.00 |
| 2.2 | Priority creditor's name and mailing address<br>Adolfo Escalante<br>618 14th Street #32<br>Oakland, CA 94612<br><br>Date or dates debt was incurred<br>July 1, 2023<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>security deposit<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,032.00 | $1,032.00 |
| 2.3 | Priority creditor's name and mailing address<br>Alexander Arebalo<br>46 Estes Court<br>Barboursville, VA 22923<br><br>Date or dates debt was incurred<br>September 11, 2023<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>security deposit<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,174.00 | $1,174.00 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (if known) 24-11131
Name

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.4 | Amitabh Roy<br>873 32nd Street #4<br>Emeryville, CA 94608 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,050.00 | $1,050.00 |
| | Date or dates debt was incurred<br>May 21, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.5 | Brenaja Cates<br>2033 Church Lane<br>Apt 27<br>San Pablo, CA 94806 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,333.00 | $1,333.00 |
| | Date or dates debt was incurred<br>June 25, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.6 | Carlos Henrique Faustino<br>873 32nd Street<br>Apt 11<br>Emeryville, CA 94608 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,144.00 | $1,144.00 |
| | Date or dates debt was incurred<br>May 26, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.7 | Darrell Robinson<br>873 32nd Street<br>Emeryville, CA 94608 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,325.00 | $1,325.00 |
| | Date or dates debt was incurred<br>May 1, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.8 | Eduardo Lopes<br>873 32nd Street #7<br>Emeryville, CA 94608 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,085.00 | $1,085.00 |
| | Date or dates debt was incurred<br>March 29, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**2.9** Priority creditor's name and mailing address
Emely Jimenez
873 32nd Street
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,075.00 $1,075.00

Date or dates debt was incurred: April 23, 2024
Basis for the claim: security deposit
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.10** Priority creditor's name and mailing address
Eric Cooper
4483 Appian Way
Apt R
El Sobrante, CA 94803

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,032.00 $1,032.00

Date or dates debt was incurred: July 15, 2023
Basis for the claim: security deposit
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.11** Priority creditor's name and mailing address
George Sneed Jr
3963 Otter Dam Court
Atlanta, GA 30349

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,119.00 $1,119.00

Date or dates debt was incurred: September 18, 2023
Basis for the claim: security deposit
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.12** Priority creditor's name and mailing address
Ivan Chavez
873 32nd Street #8
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,164.00 $1,164.00

Date or dates debt was incurred: August 17, 2023
Basis for the claim: security deposit
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.13** Priority creditor's name and mailing address
Jennifer Baker
873 32nd Street
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,450.00 $1,450.00

Date or dates debt was incurred: July 3, 2022
Basis for the claim: security deposit
Last 4 digits of account number
Is the claim subject to offset?
☒ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (if known) 24-11131
Name

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>Karl Tennyson<br>1456 167th Street<br>San Leandro, CA 94578 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,119.00 | $1,119.00 |
| | Date or dates debt was incurred<br>May 1, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.15 | Priority creditor's name and mailing address<br>Karnvir Bhangu<br>134 Morning Side Circle SW<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,140.00 | $1,140.00 |
| | Date or dates debt was incurred<br>August 20, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>Kate Martino<br>25600 Oak St<br>Lomita, CA 90717 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $997.50 | $997.50 |
| | Date or dates debt was incurred<br>January 4, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>Luis Gonzalez<br>78581 Torino Drive<br>La Quinta, CA 92253 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,164.00 | $1,164.00 |
| | Date or dates debt was incurred<br>August 21, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>Marco Antonia Chapa<br>873 32nd Street #3<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,174.00 | $1,174.00 |
| | Date or dates debt was incurred<br>August 12, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (if known) 24-11131
Name

**2.19** Priority creditor's name and mailing address
Mia Collins
873 32nd Street #8
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$990.00 $990.00

Date or dates debt was incurred
June 1, 2024

Basis for the claim:
security deposit

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.20** Priority creditor's name and mailing address
Molly Murdock
873 32nd Street #1
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,119.00 $1,119.00

Date or dates debt was incurred
March 23, 2024

Basis for the claim:
security deposit

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.21** Priority creditor's name and mailing address
Neko Elder
311 Oak Street
Unit 533
Oakland, CA 94607

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,914.06 $1,914.06

Date or dates debt was incurred
October 19, 2023

Basis for the claim:
security deposit

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.22** Priority creditor's name and mailing address
Olivia Grimes
873 32nd Street #5
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$975.00 $975.00

Date or dates debt was incurred
June 2, 2024

Basis for the claim:
security deposit

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.23** Priority creditor's name and mailing address
Owen Phanh
873 32nd Street #5
Emeryville, CA 94608

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,135.00 $1,135.00

Date or dates debt was incurred
May 2, 2024

Basis for the claim:
security deposit

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (if known) 24-11131

Name

| 2.24 | Priority creditor's name and mailing address<br>Phillip Glasper<br>360 Niagara Ave<br>San Francisco, CA 94112 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $920.48 | $920.48 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>October 19, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>Samuel Solis<br>2540 le conte Ave<br>Apt 9<br>Berkeley, CA 94704 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,095.00 | $1,095.00 |
| | Date or dates debt was incurred<br>November 24, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>Serenity Yang<br>4535 E. Woodward Ave<br>Apt 103<br>Fresno, CA 93702 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,004.00 | $1,004.00 |
| | Date or dates debt was incurred<br>August 16, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.27 | Priority creditor's name and mailing address<br>Sonia Albrecht<br>1959 Lake Blvd<br>Apt 113<br>Davis, CA 95616 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,089.00 | $1,089.00 |
| | Date or dates debt was incurred<br>September 1, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.28 | Priority creditor's name and mailing address<br>Sophia Gomez<br>873 32nd Street #9<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,233.00 | $1,233.00 |
| | Date or dates debt was incurred<br>March 1, 2024 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (if known) 24-11131
Name

| 2.29 | Priority creditor's name and mailing address<br>Tavian Wallace<br>873 32nd Street #6<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,004.00 | $1,004.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>August 14, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.30 | Priority creditor's name and mailing address<br>Thomas Mitchell<br>873 32nd Street<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,188.00 | $1,188.00 |
| | Date or dates debt was incurred<br>April 15, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.31 | Priority creditor's name and mailing address<br>Yaniel Perez Diaz<br>873 32nd Street #2<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,044.00 | $1,044.00 |
| | Date or dates debt was incurred<br>September 1, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.32 | Priority creditor's name and mailing address<br>Zihong Li<br>873 32nd Street #3<br>Emeryville, CA 94608 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,402.00 | $1,402.00 |
| | Date or dates debt was incurred<br>June 28, 2023 | Basis for the claim:<br>security deposit | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|
| | **Date or dates debt was incurred** ____ | **Basis for the claim:** _____ | |
| | **Last 4 digits of account number** ____ | Is the claim subject to offset? ☐ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Common Management Co. Case number (if known) 24-11131
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 36,965.04 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 36,965.04 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) 24-11131

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | See Attached List |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Common Management Co - Executory Contracts

| ID | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (expiration Date) | List the contract number of any government contract |
|---|---|---|---|
| 2 | Master Lease Agreement for Property: OAK.MacArthur | 31-Jul-2029 | N/A |
| 2 | Property Management Agreement: Webster | 25-Jun-2024 | N/A |
| 2 | Property Management Agreement: Jefferson | 8-Oct-2031 | N/A |
| 2 | Property Management Agreement: Brooklyn | 8-May-2024 per the terms of the MA, but we have continued to manage this | N/A |
| 2 | Property Management Agreement: BEI | 18-Oct-2024 | N/A |
| 2 | Property Management Agreement: Maya | 22-Aug-2027 | N/A - Please note that the Owner of the property has a federal loan with Fan |
| 2 | Property Management Agreement: Amelia | 4-Oct-2027 | N/A |
| 2 | Property Management Agreement: Matteson | 1-Jun-2032 | N/A |
| 2 | Property Management Agreement: Centinela | 16-Dec-2031 | N/A |
| 2 | Property Management Agreement: Wilton | 27-Dec-2033 | N/A |
| 2 | Property Management Agreement: Paramount | 8-Apr-2026 | N/A |
| 2 | Property Management Agreement: Fountain | 3-Dec-2026 | N/A |

| State the name for all other parties with whom the debtor has an executory contract or unexpired lease | Address of other party | Amount (USD) | Common Entity that line item refers to |
|---|---|---|---|
| 873 32nd St LP | c/o Risa Investments, LLC1000 Brannan Street, Suite 402San Francisco, CA 9410 | 43753.71 / month | Common Management Co. |
| HBO WEBSTER STREET, LLC | 405 14th Street Oakland 94612 | N/A - Management Agreem | Common Management Co. |
| VM Meadows Apartments, L.P. | 1290 Howard Avenue, Suite 309, Burlingame, CA 94010 | N/A - Management Agreem | Common Management Co. |
| NDO Group LLC | 540 Pacific Avenue, San Francisco, CA | N/A - Management Agreem | Common Management Co. |
| COM Howard I LLC | 50 8th Street, San Francisco, CA 94103 | N/A - Management Agreem | Common Management Co. |
| Broadway 4045 LLC | 3800 Mt. Diablo Blvd., Suite 200, Lafayette, CA 64549 | N/A - Management Agreem | Common Management Co. |
| Apartments on Pill Hill LLC | 3800 Mt. Diablo Blvd., Suite 200, Lafayette, CA 64549 | N/A - Management Agreem | Common Management Co. |
| 12602 Matteson LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agreem | Common Management Co. |
| 4971 Centinela LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agreem | Common Management Co. |
| 726 Wilton LLC | 8271 Melrose Avenue #207, Los Angeles, CA 90046 | N/A - Management Agreem | Common Management Co. |
| Lexington Concord LP | 11601 Santa Monica Boulevard, Los Angeles, CA 90025 | N/A - Management Agreem | Common Management Co. |
| Fountain Western LP | 11601 Santa Monica Boulevard, Los Angeles, CA 90025 | N/A - Management Agreem | Common Management Co. |

**Fill in this information to identify the case:**

Debtor name: Common Management Co.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 24-11131

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy